**ST. MARY'S HEALTH CENTER,**
Respondent,

v.

Donald G. HARDEN, Appellant.

No. ED 102194

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: December 8, 2015

Motion for Rehearing and/or Transfer
Denied by Supreme Court
January 25, 2016

Donald G. Harden, 3725 North 20th Street, St. Louis, Missouri 63107, Pro Se.

Jay B. Umansky, Law Office of Jay B. Umansky, 12460 Olive Boulevard, St. Louis, Missouri 63141, for Respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

### ORDER

PER CURIAM

Donald Harden (Defendant) appeals pro se the judgment of the Circuit Court of the City of St. Louis denying his motion to set aside a default judgment. In two points on appeal, Defendant claims that the trial court (1) abused its discretion by entering a default judgment against him for failure to appear because he "answered the summons and appeared before the [trial] court[;]" and (2) misapplied Rule 74.05 in denying Defendant's motion to set aside the default judgment. We affirm.

We have reviewed the briefs of the parties and the record on appeal and have determined that an extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. Rule 84.16(b).